UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jordan Posyer, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                  Plaintiff,

       -    against  –

A.B.C. Tank Repair & Lining, Inc., A. Iengo Tank Cleaning Co., Inc., and Robert Iengo (a/k/a Roberto Iengo),

                  Defendants.
------------------------------------------------------------X

22-cv-02069-KAM-JRC

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants A.B.C. Tank Repair & Lining, Inc., and A. Iengo Tank Cleaning Co., Inc. have not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendants A.B.C. Tank Repair & Lining, Inc., and A. Iengo Tank Cleaning Co., Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      May 27, 2022

BRENNA B. MAHONEY, Clerk of the Court

By: ___*Jalitza Poveda*___
           Deputy Clerk