**YORAM NACHIMOVSKY, PLLC**
299 Broadway, Suite 605
New York, NY 10007
**212 267-1157**
Fax: **212 267-1199**
YNLAW@YNLAWPLLC.COM

August 31, 2022

<u>**VIA ECF**</u>

JUDGE James R. Cho
United States District Court Eastern District of New York
225 Cadman Plaza East
Courtroom 11DS
Brooklyn, New York 11201

      RE:    **Case 1:22-cv-02069-KAM-JRC**
                **Jordan Posyer v. A.B.C. Tank Repair & Lining, Inc., A. Iengo Tank Cleaning Co., Inc., and Robert Iengo (a/k/a Roberto Iengo)**

Hon. Judge Cho:

      The Above referenced case is currently scheduled for an appearance in your courtroom tomorrow at noon. However, as the two sides are actively engaged in settlement negotiations (we have an offer out to Plaintiff's counsel to which we are awaiting a response) we are hereby requesting an adjournment of tomorrow's appearance for approximately one month to allow these negotiations to proceed. It is our hope that we can settle this matter in its entirety long before the new date and we can save the court's time and resources.

      Thank you for your attention to this matter

                                      Respectfully yours,

                                      Yoram Nachimovsky, Esq. (YN6103)

cc:    Jason Mizrahi, Esq. (VIA ECF)