**YORAM NACHIMOVSKY, PLLC**
299 Broadway, Suite 605
New York, NY 10007
**212 267-1157**
Fax: **212 267-1199**
YNLAW@YNLAWPLLC.COM

October 06, 2022

**VIA ECF**
JUDGE James R. Cho
United States District Court Eastern District of New York
225 Cadman Plaza East
Courtroom 11DS
Brooklyn, New York 11201

RE:   **Case 1:22-cv-02069-KAM-JRC**
      **Jordan Posyer v. A.B.C. Tank Repair & Lining, Inc., A. Iengo Tank**
      **Cleaning Co., Inc., and Robert Iengo (a/k/a Roberto Iengo)**

---

Hon. Judge Cho:

It is respectfully requested by the attorney for the respondent that the matter on the courts calendar for October 07, 2022, be adjourned on consent to October 27, 2022, or such other date that may be acceptable to the court, being that the parties are in discussion to resolve the matter. We have contacted Opposing Counsel and they do not oppose this request.

Thank you for your prompt attention to this matter. Should you have any questions, please do not hesitate to contact me.

_____
Yoram Nachimovsky
Defendant's Attorney

cc:   Jason Mizrahi, Esq. (VIA EMAIL)