**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Jordan Posyer, *on behalf of himself and others*
*similarly situated in the proposed FLSA*
*Collective Action,*

Case No.: 22-cv-2069

                                                    *Plaintiff,*

**NOTICE OF ACCEPTANCE OF**
**OFFER OF JUDGMENT**
**PURSUANT TO**
**FED.R.CIV.P. 68**

                - against -

A.B.C. Tank Repair & Lining, Inc., A. Iengo Tank
Cleaning Co., Inc., and Robert Iengo (a/k/a
Roberto Iengo),

                                                    *Defendants.*
-------------------------------------------------------------X

WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."),

Defendants A.B.C. Tank Repair & Lining, Inc., A. Iengo Tank Cleaning Co., Inc., and Robert

Iengo (a/k/a Roberto Iengo) (collectively, the "Defendants"), having offered to allow Plaintiff

Jordan Posyer (together, the "Plaintiff") to take a judgment against the Defendants in this action

in the total sum of Thirty Thousand Dollars and zero cents ($30,000.00), payable as follows:

1. A payment in the amount of Thirty Thousand Dollars and zero cents ($30,000.00)
   payable on or before April 11, 2023.

WHEREAS, in the event of Defendants' failure to make any payment when due as set forth

above, the breach shall result in accelerated payment of Thirty Thousand Dollars and zero cents

($30,000.00) together with all costs and attorneys' fees incurred by Plaintiff in connection with

any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein.

Defendants acknowledge and agree that this calls for a judgment in a greater amount than the

initial judgment amount as a penalty for an uncured default.

WHEREAS, the total sum of Thirty Thousand Dollars and zero cents ($30,000.00) is

inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against

Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Via ECF: All Counsel


Encl.