UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Jordan Posyer, on behalf of himself and others
similarly situated in the proposed FLSA
Collective Action,

                              Plaintiffs,                  JUDGMENT

v.                                                22-cv-02069-KAM-JRC

A.B.C. Tank Repair & Lining, Inc.,
A. Iengo Tank Cleaning Co., Inc., and
Robert Iengo (a/k/a Roberto Iengo),

                              Defendants.
-----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 28, 2023; and defendants, A.B.C. Tank Repair & Lining, Inc., A. Iengo Tank Cleaning Co., Inc., and Robert Iengo, (a/k/a Roberto Iengo), having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Jordan Posyer in the total sum of Thirty Thousand Dollars and zero cents ($30,000.00), payable as follows: 1. A payment in the amount of Thirty Thousand Dollars and zero cents ($30,000.00) payable on or before April 11, 2023; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Jordan Posyer and against defendants, defendants, A.B.C. Tank Repair & Lining, Inc., A. Iengo Tank Cleaning Co., Inc., and Robert Iengo, (a/k/a Roberto Iengo), in the total sum of Thirty Thousand Dollars and zero cents ($30,000.00), payable as follows: 1. A payment in the amount of Thirty Thousand Dollars and zero cents ($30,000.00) payable on or before April 11, 2023.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       April 3, 2023                                          Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk